UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| FERNATT, SCOTT ELLIS | § | Case No. 12-30124 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    KENNETH S. GARDNER
    CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/18/2013 in Courtroom 742,
    United States Courthouse
    219 South Dearborn Street
    Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/08/2013                By: /s/ Barry A. Chatz, Trustee
                                           Barry A. Chatz, Trustee


*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

```
                         United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                            Case No. 12-30124-CAD
Scott Ellis Fernatt                                               Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: mrahmoun              Page 1 of 2            Date Rcvd: Nov 14, 2013
                              Form ID: pdf006             Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2013.
db           +Scott Ellis Fernatt,    53 Pine Lane,    Countryside, IL 60525-4195
19250782     +10 Minute Payday Loan,    Illinois Lending Corp.,    100 W. Randolph,    Holtsville, NY 00501-0001
19250787     +Alexis Banuelos,    Ricardo/RaquelBanuelos,    212 Sycamore Dr.,    Naperville, IL 60540-7533
19250786     +Brian Herrera,    Armando Herrera,   24201 Appletree Lane,    Plainfield, IL 60585-1781
19250780     +CBCS,    Bankruptcy Department,   236 E. Town St.,    Columbus, OH 43215-4631
19250758     +Collect America,    C/O Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,
               Norfolk, VA 23502-4962
19250756     +Comcast,    C/O Stellar Recovery INC,    1845 Us Highway 93 S,    Kalispell, MT 59901-5721
19250770     +Elizabeth Rakus,    Attn: Bankruptcy Dept.,    6014 Ford Court,    Monee, IL 60449-8121
19250765     +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
19250766     +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
19250779     +HSBC,    Bankruptcy Department,    PO Box 5222,   Carol Stream, IL 60197-5222
19250768     +HSBC Bank,    Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
19250771     +Household Auto Finance,    Bankruptcy Department,    PO Box 17548,    Baltimore, MD 21297-1548
19652069      Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago IL 60664-0338
19250764     +JB Hunt IC,    C/O United Resource System,    10075 W Colfax Ave,    Lakewood, CO 80215-3907
19250772     +LTD Financial Services,    Bankruptcy Department,    7322 SW Freeway, Ste. 1600,
               Houston, TX 77074-2134
19250776      Linebarger Goggan Blair &,    Sampson, LLP,    PO Box 06152,    Chicago, IL 60606-0152
19250760     +Merchants Credit Guide,    Attn: Bankruptcy Dept.,    223 W Jackson Blvd Ste 4,
               Chicago, IL 60606-6908
19753910     +Michael Montgomery Personal Respresentative,     of the Estate Of Tyler Montgomery,
               Rene A Torrado Jr,    33 North Dearborn Street 20th Floor,    Chicago, IL 60602-3860
19250791     +Oswego Fire Protection Dist,    Attn: Bankruptcy Dept.,    P.O. Box 457,    Wheeling, IL 60090-0457
19250751    #+PRO COM Services OF IL,    Attn: Bankruptcy Dept.,    2427 S Macarthur Blvd,
               Springfield, IL 62704-4505
19250773     +Palos Community Hospital,    Bankruptcy Department,    12251 S. 80th Ave.,
               Palos Heights, IL 60463-1256
19250775     +Receivables Performance Mgmt.,    Bankruptcy Department,    1930 220th St., Ste. 101,
               Bothell, WA 98021-8410
19753419     +Ricardo Banuelos,    Personal Represevtative of The,    Estate Of Alexis Banuelos,
               Rene A Torrado Jr,    33 North Dearborn Street 20th Floor,    Chicago, IL 60602-3860
19753557     +Ricardo Banuelos Personal Respresentative,    Of The Estate Of Alexis Banuelos,
               Rene A Torrado Jr,    33 North Dearbonr Street 20th,    Chicago, IL 60602-3102
19250789     +Rush Copley Medical Center,    Bankruptcy Department,    2000 Ogden Avenue,    Aurora, IL 60504-7222
19250763     +TCF National BANK IL,    C/O American Collections,    919 Estes Ct,    Schaumburg, IL 60193-4427
19250781      TCF National Bank,    Attn: Bankruptcy Department,    PO Box 15137,    Wilmington, DE 19886-5137
19250767     +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
19250788     +Tyler Montgomery,    MichaelLydiaMontgomery,    13446 S. Golden Meadow Dr,
               Plainfield, IL 60585-8549
19250790     +Valley Imaging Consultants,    Attn: Bankruptcy Dept.,    2 Meridian Blvd.,
               Wyomissing, PA 19610-3202
19250757     +WOW Internet   Cable Service,    C/O Credit Management LP,    4200 International Pkwy,
               Carrollton, TX 75007-1912

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19250752     +E-mail/PDF: recoverybankruptcy@afninet.com Nov 15 2013 01:01:59     AT T Mobility,
               C/O Afni, INC.,    Po Box 3427,    Bloomington, IL 61702-3427
19250778     +E-mail/PDF: recoverybankruptcy@afninet.com Nov 15 2013 00:57:31     Afni, Inc.,
               Bankruptcy Department,    PO Box 3427,    Bloomington, IL 61702-3427
19716286      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 15 2013 01:00:47
               American InfoSource LP as agent for,    US Cellular,    PO Box 248838,
               Oklahoma City, OK  73124-8838
19552740      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 15 2013 01:02:09
               American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
               Oklahoma City, OK  73126-8941
19250754     +E-mail/Text: EDI@CACIONLINE.NET Nov 15 2013 00:49:51     Consumer Adjustment CO,
               Attn: Bankruptcy Dept.,    12855 Tesson Ferry Rd,    Saint Louis, MO 63128-2911
19250785      E-mail/Text: cio.bncmail@irs.gov Nov 15 2013 00:49:33     Department Of The Treasury,
               Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
19823188      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 15 2013 00:59:59
               LVNV Funding LLC its successors and assigns,    c/o Resurgent Capital Services,    PO Box 10587,
               Greenville, SC  29603-0587
19250755      E-mail/Text: bankruptcydepartment@ncogroup.com Nov 15 2013 00:50:40     NCO Fin/55,
               Attn: Bankruptcy Dept.,    Po Box 13570,    Philadelphia, PA 19101
19250783     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 15 2013 00:50:16     MCM,    Bankruptcy Department,
               PO Box 603, Dept. 12421,    Oaks, PA 19456-0603
19250753     +E-mail/Text: bankruptcydepartment@ncogroup.com Nov 15 2013 00:50:40     NCO/ASGNE OF AT T,
               C/O NCO FIN/22,    507 Prudential Rd,    Horsham, PA 19044-2308
19517670     +E-mail/Text: bankruptcy@cavps.com Nov 15 2013 00:51:00     Precision Recovery Analytics, Inc,
               c/o Cavalry Advisory Services,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
19250774      E-mail/Text: appebnmailbox@sprint.com Nov 15 2013 00:50:11     Sprint,    Bankruptcy Dept.,
               PO Box 7949,    Overland Park, KS 66207
```

```
District/off: 0752-1          User: mrahmoun              Page 2 of 2                  Date Rcvd: Nov 14, 2013
                              Form ID: pdf006             Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
19250762      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 15 2013 00:50:16     T-Mobile,   C/O Midland Funding,
               8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
19250759      +E-mail/Text: bknotice@erccollections.com Nov 15 2013 00:50:25     US Cellular,
               C/O Enhanced Recovery CO L,   8014 Bayberry Rd,   Jacksonville, FL 32256-7412
19250769       Fax: 866-419-3894 Nov 15 2013 02:37:37     US Cellular,   Bankruptcy Department,   PO Box 7835,
               Madison, WI 53707-7835
19250750      +E-mail/PDF: bk@worldacceptance.com Nov 15 2013 00:59:58     World Finance Corporation,
               807 North Court Street Suites A-B,    Marion, IL 62959-1792
19250784      +E-mail/Text: wow_bankruptcy@wideopenwest.com Nov 15 2013 00:51:39     Wow Cable,
               Bankruptcy Department,   Box 5715,   Carol Stream, IL 60197-5715
                                                                                              TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19250777*     +LTD Financial Services,    Bankruptcy Department,   7322 SW Freeway, Ste. 1600,
               Houston, TX 77074-2134
19250761*     +Merchants Credit Guide,    Attn: Bankruptcy Dept.,   223 W Jackson Blvd Ste 4,
               Chicago, IL 60606-6908
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2013                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2013 at the address(es) listed below:
```
         Alex   Wilson    on behalf of Debtor Scott Ellis Fernatt ndil@geracilaw.com
         Barry A Chatz    bachatz@arnstein.com,
          bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
         Christina M Riepel    on behalf of Trustee Barry A Chatz gstern2@flash.net
         Gregory K Stern    on behalf of Trustee Barry A Chatz gstern1@flash.net,
          steve_horvath@ilnb.uscourts.gov
         Monica C O'Brien    on behalf of Trustee Barry A Chatz gstern1@flash.net
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```