UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
FERNATT, SCOTT ELLIS § Case No. 12-30124
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

  4)  This case was originally filed under chapter   on              . The case was pending for    months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: _____ By:/s/BARRY A. CHATZ_____
                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| SCOTT FERNATT | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 Elizabeth Rakus Attn: Bankruptcy Dept. 6014 Ford Court Monee IL 60449 | | | | | |
| | 2 IRS Priority Debt Attn: Bankruptcy Dept. PO Box 7346 Philadelphia PA 19101 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 3 World Finance CORP Attn: Bankruptcy Dept. 807 N Court St Ste A Marion IL 62959 | | | | | |
| 000002A | DEPARTMENT OF THE TREASURY | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002B | DEPARTMENT OF THE TREASURY | | | | | |
| 000006A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | 10 Minute Payday Loan Illinois Lending Corp. 100 W. Randolph Holtsville NY 00501 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 10 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | 11 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| | 12 Household Auto Finance Bankruptcy Department PO Box 17548 Baltimore MD 21297 | | | | | |
| | 13 HSBC Bankruptcy Department PO Box 5222 Carol Stream IL 60197 | | | | | |
| | 14 HSBC Bank Attn: Bankruptcy Dept. Po Box 5253 Carol Stream IL 60197 | | | | | |
| | 15 JB Hunt IC C/O United Resource System 10075 W Colfax Ave Lakewood CO 80215 | | | | | |
| | 16 Linebarger Goggan Blair & Sampson, LLP PO Box 06152 Chicago IL 60606-0152 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 17 | LTD Financial Services Bankruptcy Department 7322 SW Freeway, Ste. 1600 Houston TX 77074 | | | | | |
| 18 | MCM Bankruptcy Department PO Box 603, Dept. 12421 Oaks PA 19456 | | | | | |
| 19 | Merchants Credit Guide Attn: Bankruptcy Dept. 223 W Jackson Blvd Ste 4 Chicago IL 60606 | | | | | |
| 2 | Afni, Inc. Bankruptcy Department PO Box 3427 Bloomington IL 61702 | | | | | |
| 20 | Merchants Credit Guide Attn: Bankruptcy Dept. 223 W Jackson Blvd Ste 4 Chicago IL 60606 | | | | | |
| 21 | NCO Fin/55 Attn: Bankruptcy Dept. Po Box 13570 Philadelphia PA 19101 | | | | | |
| 22 | NCO/ASGNE OF AT T C/O NCO FIN/22 507 Prudential Rd Horsham PA 19044 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 23 | Oswego Fire Protection Dist Attn: Bankruptcy Dept. P.O. Box 457 Wheeling IL 60090 | | | | | |
| 24 | Palos Community Hospital Bankruptcy Department 12251 S. 80th Ave. Palos Heights IL 60463 | | | | | |
| 25 | PRO COM Services OF IL Attn: Bankruptcy Dept. 2427 S Macarthur Blvd Springfield IL 62704 | | | | | |
| 26 | Rush Copley Medical Center Bankruptcy Department 2000 Ogden Avenue Aurora IL 60504 | | | | | |
| 27 | Sprint Bankruptcy Dept. PO Box 7949 Overland Park KS 66207 | | | | | |
| 28 | TCF National Bank Attn: Bankruptcy Department PO Box 15137 Wilmington DE 19886-5137 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 29 TCF National BANK IL C/O American Collections 919 Estes Ct Schaumburg IL 60193 | | | | | |
| | 3 Alexis Banuelos Ricardo/RaquelBanuelos 212 Sycamore Dr. Naperville IL 60540 | | | | | |
| | 30 T-Mobile C/O Midland Funding 8875 Aero Dr Ste 200 San Diego CA 92123 | | | | | |
| | 31 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| | 32 Tyler Montgomery MichaelLydiaMontgomery 13446 S. Golden Meadow Dr Plainfield IL 60585 | | | | | |
| | 33 US Cellular C/O Enhanced Recovery CO L 8014 Bayberry Rd Jacksonville FL 32256 | | | | | |
| | 34 US Cellular Bankruptcy Department PO Box 7835 Madison WI 53707-7835 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 35 Valley Imaging Consultants Attn: Bankruptcy Dept. 2 Meridian Blvd. Wyomissing PA 19610 | | | | | |
| | 36 Wow Cable Bankruptcy Department Box 5715 Carol Stream IL 60197 | | | | | |
| | 37 WOW Internet Cable Service C/O Credit Management LP 4200 International Pkwy Carrollton TX 75007 | | | | | |
| | 4 AT T Mobility C/O Afni, INC. Po Box 3427 Bloomington IL 61702 | | | | | |
| | 5 Brian Herrera Armando Herrera 24201 Appletree Lane Plainfield IL 60585 | | | | | |
| | 6 CBCS Bankruptcy Department 236 E. Town St. Columbus OH 43215 | | | | | |
| | 7 Collect America C/O Portfolio Recvry&Affil 120 Corporate Blvd Ste 1 Norfolk VA 23502 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | 8 Comcast C/O Stellar Recovery INC 1845 Us Highway 93 S Kalispell MT 59901 |  |  |  |  |  |
|  | 9 Consumer Adjustment CO Attn: Bankruptcy Dept. 12855 Tesson Ferry Rd Saint Louis MO 63128 |  |  |  |  |  |
|  | LTD Financial Services Bankruptcy Department 7322 SW Freeway, Ste. 1600 Houston TX 77074 |  |  |  |  |  |
|  | Receivables Performance Mgmt. Bankruptcy Department 1930 220th St., Ste. 101 Bothell WA 98021 |  |  |  |  |  |
| 000004 | AMERICAN INFOSOURCE- MIDLAND FUNDING |  |  |  |  |  |
| 000007 | AMERICAN INFOSOURCE- US CELLULAR |  |  |  |  |  |
| 000010 | LVNV FUNDING LLC- RESURGENT CAPITAL |  |  |  |  |  |
| 000009 | MICHAEL MONTGOMERY PERSONAL RESPRES |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | PRECISION RECOVERY ANALYTICS, INC | | | | | |
| 000008 | RICARDO BANUELOS | | | | | |
| 000005 | SPRINT | | | | | |
| 000003 | WORLD FINANCE CORPORATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-30124 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | BARRY A. CHATZ |
| Case Name: | FERNATT, SCOTT ELLIS | | | Date Filed (f) or Converted (c): | 07/30/12 (f) |
| | | | | 341(a) Meeting Date: | 09/21/12 |
| For Period Ending: | 04/05/14 | | | Claims Bar Date: | 12/28/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1999 Skyline Meadow Ridge mobile home. Joint with | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 2. Household Goods | 200.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 4. Books / Collectibles | 50.00 | 50.00 | | 0.00 | FA |
| 5. Wearing Apparel | 100.00 | 100.00 | | 0.00 | FA |
| 6. Furs and Jewelry | 150.00 | 150.00 | | 0.00 | FA |
| 7. Contingent Claims | 30,000.00 | 30,000.00 | | 0.00 | FA |
| 8. Contingent Claims | 0.00 | 0.00 | | 40,000.00 | FA |
| 9. Vehicles | 16,900.00 | 0.00 | | 0.00 | FA |
| 10. Vehicles | 802.00 | 802.00 | | 0.00 | FA |
| 11. Animals | 0.00 | 0.00 | | 0.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $59,702.00 | $42,602.00 | $40,000.00 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ALL FUNDS DISTRIBUTED; PREPARE TDR

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR): 12/31/13

LFORM1                                                                                                  Ver: 17.05c
**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-30124 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | FERNATT, SCOTT ELLIS | | Bank Name: | BANK OF NEW YORK MELLON |
| | | | Account Number / CD #: | *******9371 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0223 | | | |
| For Period Ending: | 04/05/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/12/13 | 8 | ILLINOIS FARMERS INSURANCE COMPANY<br>POCATELLO SERVICE CENTER<br>P.O. BOX 268994<br>OKLAHOMA CITY, OK 73126 | LITIGATION SETTLEMENT | 1129-000 | 40,000.00 | | 40,000.00 |
| 08/12/13 | 300001 | SCOTT FERNATT | DEBTOR EXEMPTIONS<br>DEBTOR'S EXEMPTION | 8100-000 | | 15,000.00 | 25,000.00 |
| 09/09/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 23.49 | 24,976.51 |
| 10/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 35.93 | 24,940.58 |
| 12/19/13 | 300002 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Chapter 7 Compensation/Expense | | | 3,310.65 | 21,629.93 |
| | | | Fees       3,250.00 | 2100-000 | | | |
| | | | Expenses      60.65 | 2200-000 | | | |
| 12/19/13 | 300003 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>CHICAGO, IL 60604 | Claim 000012, Payment 100.00% | | | 3,059.82 | 18,570.11 |
| | | | Fees       3,033.50 | 3210-000 | | | |
| | | | Expenses      26.32 | 3220-000 | | | |
| 12/19/13 | 300004 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Claim 000002B, Payment 15.38%<br>(2-1) MODIFIED ON 10/5/2012 TO<br>CORRECT CREDITOR ADDRESS (MMR) | 5800-000 | | 1,382.49 | 17,187.62 |
| 12/19/13 | 300005 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 64338<br>CHICAGO IL 60664-0338 | Claim 000006A, Payment 15.38%<br>(6-1) IL INCOME TAXES 12/08, 12/10<br>AND 12/11 | 5800-000 | | 488.50 | 16,699.12 |
| 12/19/13 | 300006 | DEPARTMENT OF THE TREASURY | Claim 000002A, Payment 100.00% | 4300-000 | | 16,699.12 | 0.00 |

Page Subtotals     40,000.00     40,000.00

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 14)

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-30124 | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- |
| Case Name: | FERNATT, SCOTT ELLIS | Bank Name: | BANK OF NEW YORK MELLON |
| | | Account Number / CD #: | *******9371 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0223 | | |
| For Period Ending: | 04/05/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | (2-1) MODIFIED ON 10/5/2012 TO CORRECT CREDITOR ADDRESS (MMR) | | | | |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 40,000.00 | 40,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 40,000.00 | 40,000.00 | |
| Less: Payments to Debtors | | 15,000.00 | |
| Net | 40,000.00 | 25,000.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********9371) | 40,000.00 | 25,000.00 | 0.00 |
| | 40,000.00 | 25,000.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*